*Friday, May 21, 1993*

## MOTION DOCKET

**90–338.** State v. Richey. *Putnam County*, No. 12–87–2. On motion for stay. Motion granted.

PFEIFER, J., dissents.

**93–545.** Columbia Gas of Ohio, Inc. v. Limbach. Board of Tax Appeals, No. 90–M–537. On joint motion for stay. Motion granted.

*Monday, May 24, 1993*

## MOTION DOCKET

**91–963.** State v. Carter. *Hamilton County*, No. C–890513. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective May 18, 1993.

IT IS FURTHER ORDERED by the court that said stay is granted for a period of six months to allow appellant an opportunity to file a petition for post-conviction relief. Absent such a filing within said time period, this stay will expire, and no further time will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that if a petition for post-conviction relief has been filed within the time allotted, a date-stamped copy of such petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that the compliance with the mandate and execution of sentence be, and the same are hereby, stayed for a period of six months or, if a petition for post-conviction relief is filed within that time period, pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

*Tuesday, May 25, 1993*

## MOTION DOCKET

**92–1925.** Firestone v. Galbreath. Certified Question of State Law, Nos. 904114, 904115, 904116 and 904117. This cause is pending before the court on the certification of a state law question from the United States Court of Appeals for the Sixth Circuit. Upon consideration of the motion of petitioner, Russell A. Firestone III, to file supplemental brief,

IT IS ORDERED by the court that said motion to file supplemental brief be, and the same is hereby, granted, effective May 19, 1993.

WRIGHT, J., not participating.

## MISCELLANEOUS DISMISSALS

**93–472.** Soc. Corp. v. Limbach. Board of Tax Appeals, No. 90–X–12900. This cause, here on appeal from the Board of Tax Appeals, was considered in the manner prescribed by law. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective May 19, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.